# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | | |
|---|---|---|
| **ARNOLD M. GRAHAM, SR., et al.** | : | Civ. 4:11-cv-03299-RBH |
| | : | |
| Plaintiffs, | : | Judge: R. Bryan Harwell |
| | : | |
| *vs.* | : | |
| | : | |
| **FEDERAL CROP INSURANCE CORPORATION, et al.** | : | |
| | : | |
| Defendants. | : | |
| | : | |

___

## ALTERNATIVE DISPUTE RESOLUTION ("ADR")
## STATEMENT AND CERTIFICATION

Pursuant to Local Civil Rule 16.03, the undersigned certifies that Defendant's counsel have (1) provided the party represented with any materials relating to ADR which were required to be provided by Local Civil Rule 16.01 or order of the Court; (2) discussed the availability of ADR mechanisms with the party; and (3) discussed the advisability and timing of ADR with opposing counsel.

Submitted this 12th day of October, 2012.

/s/ Samuel F. Arthur, III
Samuel F. Arthur, III, Esq. (ID # 7070)
AIKEN, BRIDGES, TYLER & SALEEBY, P.A
181 East Evans Street, Suite 409
Florence, South Carolina 29506
Phone: 843-669-8787, Ext. 308/Fax: 843-664-0097
sfa@aikenbridges.com
ATTORNEY FOR DEFENDANT CGB
DIVERSIFIED SERVICES, INC. DBA
DIVERSIFIED CROP INSURANCE SERVICES