UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| ARNOLD M. GRAHAM, SR., et al. | : | Civ. 4:11-cv-03299-RBH |
| | : | |
| Plaintiffs, | : | Judge: R. Bryan Harwell |
| | : | |
| vs. | : | |
| | : | STIPULATION FOR DISMISSAL |
| FEDERAL CROP INSURANCE | : | |
| CORPORATION, et al. | : | |
| | : | |
| Defendants. | : | |

THE PARTIES HEREBY STIPULATE that the entire above-captioned action, including all claims and counterclaims raised therein, be and hereby is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall be responsible for his or its own costs in the matter.

**DATED:** January 23, 2013

*By:*
M<small>C</small>E<small>ACHIN</small> & M<small>C</small>E<small>ACHIN</small>, P.A.

**/s/ FitzLee H. McEachin**
FitzLee H. McEachin, Esq., Fed. Id. 11091
2117-C West Palmetto Street
Florence, South Carolina 29501
Phone: 843.665.0135
Email: fmceachin@mceachinlawfirm.com
Attorney for Plaintiffs


D<small>E</small>B<small>ERRY</small> L<small>AW</small> F<small>IRM</small>

**/s/ H. Steven DeBerry, IV**
H. Steven DeBerry, IV, Esq., Fed. Id 11193
129 S. Coit Street
Florence, South Carolina 29501
Phone: 843.676.8962
Email: sdeberry@deberrylawfirm.com
Attorney for Plaintiffs

**DATED:** January 23, 2013

*By:*
**AIKEN, BRIDGES, NUNN, ELLIOTT & TYLER, P.A.**

**/s/ Samuel F. Arthur, III**
Samuel F. Arthur, III, Esq.
181 East Evans Street, Suite 409
Florence, SC  29506
Phone: 843.669.8787, Ext. 308
Email: sfa@aikenbridges.com
Local counsel for Defendants
CGB Diversified Services, Inc. DBA Diversified Crop Insurance Services and
Austin Mutual Insurance Company

**DATED:** January 23, 2013

*By:*
**UNITED STATES DEPARTMENT OF JUSTICE**

**/s/ Barbara M. Bowens**
Barbara M. Bowens
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Phone: 803.929.3000
Email: barbara.bowens@usdoj.gov
Attorney for Defendant
Federal Crop Insurance Corporation

**IT IS SO ORDERED.**

**DATED** January 23, 2013

*By:* s/R. Bryan Harwell
UNITED STATES DISTRICT COURT JUDGE